File No. 1694-5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:

                                      Chapter 13

Ronnie A. Green,
Sharon I. Green,                       Case No. 08 B 25983

       Debtor.                     Honorable Judge Schmetterer

## RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LLC and states as follows:

1. That on July 8, 2009, Chapter 13 Trustee Tom Vaughn filed a Notice of Payment of Final Mortgage Cure Amount. The Notice indicated that if the creditor is not post petition current, it must file a response within sixty days of said Notice.

2. The Debtor is not current on its post-petition mortgage payments regarding the real estate located at: 16850 Merrill, South Holland, Illinois 60473.

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition due for October 1, 2008. The following is due and owing:

    i. November 1, 2008 to July 1, 2009 at $397.56 for a total of $3,578.04;

    ii. $139.16 in late charges;

    iii. $100.00 in appraisals;

    iv. $550.00 in post-petition bankruptcy fees;

Please note that the costs set forth in (iv) have not yet been proved up. That the total post petition default totals $4,367.20. That based upon Debtor's default, the mortgagee is not required to treat the mortgage reinstated and fully current.

Respectfully submitted,

/s/  Mitchell A. Lieberman
Attorney for Litton Loan Servicing, LLC
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455