**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTION FORE RELIEF FROM STAY**

All Cases: Debtor(s)      Ronnie A. and Sharon I. Green       Case No. 08-25983 Chapter    13

All Cases: Moving Creditor      Litton Loan Servicing       Date Case Filed: September 29, 2008

Chapter 13 – Date of confirmation hearing:                  or Date plan confirmed: January 7, 2009

1. Collateral
   a. ☒ Home            16850 Merrill Avenue South Holland, Illinois 60473
   b. ☐ Car (Year, Make, Model)
   c. ☐ Other (describe)

2. Balance Owed as of Petition Date: $   46,988.62
   Total of all other Liens against Collateral $

3. Estimated Value of Collateral (*must* be supplied if motion alleges no equity): $

4. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $_____
   b. Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         number of months:  10      Amount $  3,975.60
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         number of months _____   Amount $_____

5. Other Allegations
   a. Lack of Adequate Protection §362(d)(1)
      i.   ☐ No Insurance
      ii.  ☐ Taxes unpaid Amount $_____
      iii. ☐ Rapidly Depreciating asset
      iv.  ☐ Other (describe)

   b. ☐ No Equity and not Necessary for an Effective Reorganization §362(d)(2)

   c. ☐ Other "Cause" §362(d)(1)
      i.   ☐ Bad Faith
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
      i.   ☐ Reaffirm    ii. ☐ Redeem
      iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:   8/10/2009                     Counsel for Movant: Mitchell A. Lieberman